IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LANDRUM, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 11-0227-CG-M |
| GARY HETZEL, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that the petition is **DENIED** as time-barred under AEDPA and because all of the claims are procedurally defaulted.

**DONE and ORDERED** this 13th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE