**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL LANDRUM,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )     **CIVIL ACTION NO. 11-0227-CG-M** |
| | ) |
| **GARY HETZEL,** | ) |
| | ) |
| **Respondent.** | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Gary Hetzel and against Petitioner Michael Landrum pursuant to 28 U.S.C. § 2244(d); therefore, this action is hereby **DISMISSED WITH PREJUDICE**.

The court further finds that the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 13th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE